AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

**FILED**
FEB 07 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

MICHAEL ADAM KOZITZKI )
_Petitioner_ )
) Case No. SA25CA0138 FB
v. )
"City Counsel of City of San Antonio TEXAS ) _(Supplied by Clerk of Court)_
Bexar County" )
Bexar County Adult Detention Center )
SHERIFF JAVIER SALAZAR )
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MICHAEL ADAM KOZITZKI
   (b) Other names you have used: John Kozitzki not by choice, forced by Courts of

2. Place of confinement: Bexar County San Antonio TEXAS San Antonio, Bexar County TEXAS
   (a) Name of institution: Bexar County Adult Detention Center "and Counsel Court Appointed"
   (b) Address: 200 N. Comal St. San Antonio TEXAS 78207 Alfonzo (2017) TESTORO
   (c) Your identification number: BCADC SID #576326 TX ID #16944738

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☐ State authorities    ☐ Other - explain:
   Bexar County, City of San Antonio, STATE of TEXAS

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:    278 with Goodtime
   (a) Name and location of court that sentenced you: N/A 139 day's since Arrest
   Courts violated SPEEDY Trial ACT, Due Process Clause, Contempary
   (b) Docket number of criminal case: ? "STRUCTURAL Error" Pre-Proceedual STRUCTURE
   (c) Date of sentencing: N/A  Kidnapped again,
   ☐ Being held on an immigration charge    "Bill of RIGHTS"
   ☒ Other (explain): Violation's of many U.S. Const Amend.; TEX. Const. Art 1§
   Mulitble (many); TXC.CP. 16.01 Idicted without Arraignment and
   Pre-liminary Examination Hearing and or Trial; violation of 17.151 TxccP.
   Fake Court Appointed Attorney; ineffective Counsel Claim.
   Human Right's violation's, Civil RIGHTS, Terrorised 24/7
   attacked Dayly Daily.

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain):  ?  N/A        Same As Prior Writ's

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:  N/A

   (b) Docket number, case number, or opinion number:  ?  Never Returned

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   All  ?  N/A

   (d) Date of the decision or action:  N/A

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No    4th Court of Appeals   Steven Greene - never met
   (a) If "Yes," provide:                    don't know never signed,

   (1) Name of the authority, agency, or court:  ? ✓    N/A

   (2) Date of filing:  ?
   (3) Docket number, case number, or opinion number:  ?  N/A
   (4) Result:  ?
   (5) Date of result:  ?
   (6) Issues raised:  ?   All Same
                       ?

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: yes 4th Court ? N/A no reply

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes         ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: N/A no reply never been there
      (2) Date of filing: N/A
      (3) Docket number, case number, or opinion number: N/A
      (4) Result: N/A
      (5) Date of result: N/A
      (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not file a second appeal: N/A .

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes         ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Tired. N/A They are trying to kill me.
      (2) Date of filing: N/A
      (3) Docket number, case number, or opinion number: N/A
      (4) Result: N/A
      (5) Date of result: N/A
      (6) Issues raised: N/A Trying to make me change my name MICHAEL ADAM KOZITZKI

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241

_Same_

(b) If you answered "No," explain why you did not file a third appeal: _N/A_

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No  _may be in the other Writs all prior Charges_

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _Western District Federal Court San Antonio Division_
(2) Case number: _SA-23-CV-0053-JKP; and SA-23-CV00138-JKP_
(3) Date of filing: _? and more, Orders granting_
(4) Result: _? Haven't Been Called in       IFP_
(5) Date of result:
(6) Issues raised: _All the Same_

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☐ No   _probably ?_

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: It on my Priors; Havent recieved any mail? Some one Stealing it or giving it to Someone else?

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No   U.S. Citizen Born in Big Rapids Michigan

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A  N/A
(c) Did you file an appeal with the Board of Immigration Appeals? N/A

☐ Yes   ☐ No
If "Yes," provide: N/A

(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☐ No
If "Yes," provide:   A  I don't even know where my Civil suits are at?

(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: ?
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☐ No    ?

    If "Yes," provide:

    (a) Kind of petition, motion, or application:
    (b) Name of the authority, agency, or court:

    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Charge and Case No#'s always change? Why? Do I have a Charge,

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Don't Know what I'm doing Here no one tells Haven't even met So-Called Court Appointed Attorney 140 days 280 with good time

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes    ☐ No    I don't Know what to do next

**GROUND TWO:**  Kidnapped

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

you have all my evidence

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes    ☐ No

**GROUND THREE:**  Are or is some one ever going to Allow me to be in a Court Proceeding?

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

?

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes    ☐ No    Appeal what Kidnapping,

**GROUND FOUR:** I am in Limbo, Denied all rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Monitary gain for Cruel and Unusual Punishment's, Loss all time missed out of my life. Proof of Human Experimentation in my Body

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02-05-2025

*Signature of Petitioner*

MICHAEL ADAM KOZITZKI
TX ID #1694 4738

*Signature of Attorney or other authorized person, if any*

Who's Steven Greene?

No LAWYER Ever Come's to see or speak with me.