UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL ADAM KOZITZKI,** #576326, | § § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL NO. SA-25-CV-0138-FB |
| **BEXAR COUNTY SHERIFF JAVIER SALAZAR[1],** | § § § § | |
| Respondent. | § § | |

**FINAL JUDGMENT**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Section 2241 Petition") filed by Petitioner, Michael Adam Kozitzki ("Petitioner" or "Kozitzki"). Upon review of the entire case file and this Court's Order dismissing Petitioner's Section 2241 Petition for failure to exhaust state remedies and based on the *Younger* abstention doctrine, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Michael Adam Kozitzki's § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

SIGNED this 16th day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner also lists the San Antonio City Council and the Bexar County Adult Detention Center as respondents. (ECF No. 1). However, the proper respondent to a habeas petition is the person who has custody over the petitioner. *Rumsfield v. Padilla*, 542 U.S. 426, 434 (2004).